**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBIN HANNON,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C. f/k/a R.W. JOHNSON PHARMACEUTICAL RESEARCH INSTITUTE, and ORTHO-MCNEIL PHARMACEUTICAL, INC.,<br><br>Defendants. | ) | CIVIL ACTION NO. 07-127 |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Johnson & Johnson is a corporation whose securities are publicly traded. Defendant Johnson & Johnson does not have a parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson.

| | |
|---|---|
| | Respectfully submitted,<br><br><br><br>*/s/ Paul Sullivan* |
| Of Counsel:<br><br>Susan M. Sharko<br>Drinker Biddle & Reath LLP<br>*A Delaware Limited Liability Partnership*<br>susan.sharko@dbr.com<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>(Phone) 973-360-1100 | Paul Sullivan, Esq.<br>Direct: 401-621-4652<br>Morrison Mahoney LLP<br>121 South Main Street, Suite 600<br>Providence, RI 02903-7141<br>(Phone) 401-331-4660<br><br>Attorney for Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson Pharmaceutical Research & Development, L.L.C. |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2007, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*/s/ Paul Sullivan*

Paul Sullivan, Esq.
Direct: 401-621-4652
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(Phone) 401-331-4660

Attorney for Defendants Johnson & Johnson, Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson Pharmaceutical Research & Development, L.L.C.